```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         October 14, 2020

                  CENTRAL DISTRICT OF CALIFORNIA
                  BY:       IM          DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ARREGUIN-GOMEZ<br><br>Defendant. | Case No. CR 15-311-PSG<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

    On October 8, 2020, Defendant Jose Arreguin-Gomez made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on June 4, 2019. Deputy Federal Public Defender Neha Cristerna was appointed to represent Defendant. A detention hearing was held, and the matter was continued to October 14, 2020 for a further detention hearing. .

    Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violations of the terms of Defendant's supervised release, the Court finds that Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not

endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].

This finding is based on:

☒ Allegations in the petition that after Defendant was released from custody on the sentence imposed in the instant case, he entered the United States illegally and was arrested (1) in 2019 in Arizona for driving with a suspended license under the false name that underlies his conviction in the instant case for false statement in a passport application, and (2) in 2020 in Texas for driving while intoxicated and having an open container, under that same false name.

☒ Defendant was arrested in October 2014 in California for driving under the influence.

☒ Defendant has previously been deported.

☒ Defendant's lack of candor with the Court, combined with the instant allegations that Defendant violated conditions set by the sentencing Court.

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: October 14, 2020

PATRICIA DONAHUE
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE